IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:01-CR-272-H
No. 5:16-CV-455-H

TOMAS MATEO,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

ORDER

For good cause having been shown upon the motion of Respondent, it is hereby

ORDERED that Petitioner is allowed 30 days from the filing of this order to file a supplemental 28 U.S.C. § 2255 motion or other response to the Supreme Court's decision in Beckles v. United States, __ S. Ct. __, No. 15-8544, 2017 WL 855781 (March 6, 2017).

It is further ORDERED that Respondent shall have 30 days from the filing of Petitioner's supplement to file a response, if any.

This 2nd day of May 2017.

_____
MALCOLM J. HOWARD
Senior United States District Judge